LAW OFFICES OF NOLAN F. KING
**NOLAN F. KING - State Bar No. 93358**
1365 W. Foothill Blvd., Suite 2
Upland, CA 91786
Phone: (909) 931-0010
Fax: (909) 931-0043

Attorney for Plaintiffs,
ALI MOHAMMED ALMAZNI and MONICA HOWARD

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ali Almazni, an individual; and Monica Howard, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>United Financial Casualty Company, an Ohio Corporation;<br><br>Defendant. | **CASE NO.5:14-CV-00975-CAS (Asx)**<br><br>**PLAINTIFFS ALI ALMAZNI AND MONICA HOWARD INITIAL EXCHANGE OF EXPERT WITNESS INFORMATION** |

///

///

///

///

///

Pursuant to FRCP 26 (a)(2), Defendant United Financial Casualty Company ("UFCC") designates the following expert witnesses it expects to call at trial:

**NON-RETAINED EXPERTS**

None at this time.

**RETAINED EXPERTS**

1. **Ernest J. Koeberlin**- Incident Response- 710 South Myrtle Avenue Monrovia, California 91016. Phone: 888-330-5550. Mr. Koeberlin is a forensic expert on cell phone site location, operation and limitations. His CV is attached. He is expected to testify about historical cell phone data and records pertaining to each Plaintiff's cell phone during the relevant times involved in this case. He is also expected to testify about the limitations of determining the general location of each Plaintiff's cell phone during the relevant times involved in this case. He is also expected to testify about the operation of cellular networks, the limits and unreliability including how such networks monitor and attempt to track cell phone use. Mr. Koberlin's hourly rate for deposition and trial is $450 per Hour-Porthole to Porthole.

2. **Thomas Lepper and Associates**. Mr. Lepper's CV is attached. 810 Rose Drive, Benicia, California 91510. Phone: 707 -781-3836. Mr. Lepper is expected to testify about the physical, mechanical and electrical characteristics of the keys and ignition system of the 2011 Toyota Corolla involved in this case, including the nature and operation of the transponder and security system. He is also expected to testify about the key pathway analysis performed on the ignition system and keys during the underlying insurance claim. He is also expected to testify about the physical, mechanical and electrical characteristics of the vehicle as a whole. Mr. Lepper's fee for deposition is $450.00 an hour.

3. **Harry Gaunt** - 980 South Glendora Ave, Glendora California 91740 Ph: 6256-335-8517. Mr. Gaunt's C.V. will be provided by 12/24/2014. He is expected to testify about claims handling, claims investigation, California Insurance Code 790.03 et seq. Mr. Gaunt was a State Farm Insurance claims adjuster for over 20 years and a California attorney fo over 20 years. Mr. Gaunt has testified as an expert witness in Insurance Bad Faith cases and claims handling in several Los Angeles Superior Courts.

**OTHER**

Plaintiffs reserve the right to designate other persons in its supplemental expert witness designation.

Plaintiffs reserve the right to call any expert witness designated by any other party in this case to testify at the time of trial.

Plaintiffs reserve the right to name or call any additional experts it retains as the need arises during the course of discovery and investigation in preparation for trial in this case. Notice of any supplemental experts will be provided under FRCP 26, and such witnesses will be made available for the purpose of being deposed prior to trial in this action and within the time set by the court for depositions of expert witnesses.

Plaintiffs reserve the right to call any expert witness either presently or later identified by any party to this action, although not specifically retained by Plaintiffs, regardless of whether such party remains a party at the time of trial. The qualifications of these witnesses and the general substance of their testimony are set forth in the Designations of Expert Witnesses already served or to be served in the future by other parties to this action. Plaintiffs following FRCP 26, fully incorporate by reference the Designations of all Expert Witnesses served or to be served by all other parties to this action.

Plaintiffs reserves the right to consult with and retain the services of additional expert witnesses to testify on behalf of Plaintiffs at trial for purposes of rebuttal and/or impeachment under FRCP 26. UFCC also reserves the right to call as experts all individuals identified in: (1) response to interrogatories served in this action by or on behalf of any party; (2) depositions in this matter; (3) any reports and documents related to this matter. With respect to those individuals who have been identified in response to interrogatories, deposition transcripts, and/or any reports that have been prepared, the same are fully incorporated by reference.

Because discovery in this action has not yet been completed and depositions of certain

parties, witnesses, and experts have not yet been taken or completed, Plaintiffs reserve the right to file a supplemental list of expert witnesses as discovery is completed in this action and expert witnesses are identified. Plaintiffs will designate such witnesses' names, addresses, qualifications and general substance of their testimony as soon as the same are ascertained so as to allow complete discovery of all opinions and documentation.

If any of the witnesses discussed or listed above are not available at the time of trial, Plaintiffs advise all parties that it will seek the introduction of competent former testimony, including depositions, of such witnesses in lieu of their testimony.

Dated: December 12, 2014

LAW OFFICES OF NOLAN F. KING

By:______________________________

NOLAN F. KING
Attorney for Plaintiffs,
ALI MOHAMMED ALMAZNI and MONICA HOWARD
E-mail: NFKing@hotmail.com

Phone: (888) 330-5550 | **Digital Forensics Investigator** | **Koeberlein@incidentResponse.us**

Curriculum Vitae: **Ernest J. Koeberlein**

**Qualified Appointments:**

County of Los Angeles Superior Court Panel of Expert Witnesses
- Computer Forensics
- Cell Phone Forensics
- GPS Mapping and Analysis

**Awarded SANS Lethal Forensicator Coin: July 12, 2014**

"The Coin, Round Metal Object (RMO), is designed to be awarded to those who demonstrate exceptional talent, contributions, or helps to lead in the digital forensics profession and community. The Coin is meant to be an honor to receive it; it is also intended to be rare. Those who join the Lethal Forensicators Unit will have all privileges and recognition.

These lethal forensicators who earn the Coin can detect and eradicate advanced threats in their organizations. Those that hold the coin have been properly trained incident responders or investigators and might be the only defense your organization has left in place during a compromise or a complex digital investigation. These analysts know what they are up against and continually strive to further not only their knowledge, but also the knowledge of the entire digital forensics field. They actively share their experience and encourage learning through participation in the community. They stay ahead by constantly seeking new knowledge and experience. Often, they are the leaders in the digital forensics and incident response community."




**Work Experience:**

| | |
|---|---|
| CEO / Principal Investigator: IncidentResponse.us, digital forensic & security consulting company | 2004 – Present |
| Chief of Security & Information Assurance: Raytheon: Mission & Operations Services/DSIO | 2005 - Present |
| Software Engineer / Computer Anomaly Investigator: NASA/JPL (as employee or contractor) | 1985 - Present |

**Education & Certifications:**

| | | |
|---|---|---|
| Masters of Arts in Criminal Justice / Digital Forensics (GPA = 4.0/Top of Class) | Master's Degree | 2011 |
| Bachelors of Science Degree in Physics from Allegheny College | Bachelor's Degree | 1989 |
| California Private Investigator License | License # 27470 | 2011 |
| EnCase Certified Examiner | EnCE | 2009 / Current |
| CompTIA Security+ Certification | Sec+ | 2010 / Current |
| Certified Computer Examiner | CCE | 2010 / Current |
| Certified Information Systems Security Professional | CISSP | 2010 / Current |
| Computer Hacking Forensic Investigator | CHFI | 2011 / Current |
| EC-Council Certified Ethical Hacker | CEH | 2012 / Current |
| Certified Cellebrite Mobile Phone Forensic Investigator | | 2012 / Current |
| Certified Cellebrite Advanced Smart Phone Forensic Investigator | | 2013 / Current |
| Mobile Phone Seizure Certification | MPSC | 2013 / Current |
| Certified BlackLight Examiner (Macintosh Forensics) | CBE | 2014 / Current |
| Cellebrite Certified Logical Operator | CCLO | 2014 / Current |
| Cellebrite Certified Physical Analyst | CCPA | 2014 / Current |
| Vehicle Forensics & iVe Certification | | 2014 / Current |

Phone: (888) 330-5550 **Digital Forensics Investigator** **Koeberlein@incidentResponse.us**

Curriculum Vitae: **Ernest J. Koeberlein**

**Professional Memberships, Organizations & Task Forces:**

- American Bar Association
- Los Angeles County Bar Association
- San Bernardino County Bar Association
- National Association of Criminal Defense Lawyers
- California Attorneys for Criminal Justice
- Los Angeles FBI Citizens' Academy Alumni Association
- Federal Bureau of Investigation Infragard
- Association of Certified Fraud Examiners (ACFE)
- National Defender Investigator Association (NDIA)
- California Association of Licensed Investigators (CALI)
- Professional Investigators of California (PICA)
- United States Association of Professional Investigators (USAPI)
- World Association of Detectives (WAD)
- Association of Court Panel Investigators
- ICTTF – International Cyber Threat Task Force
- SCCIAA – Southern California Crime & Intelligence Analysts' Association
- IACA – International Association of Crime Analysts
- International Society of Forensic Computer Examiners (ISFCE)
- International Information Systems Security Certification Consortium (ISC)²
- ΑΦΣ National Criminal Justice Honors Society

Defending Liberty
Pursuing Justice

**FBI / Infragard Training:**

- FBI Citizens Academy: Class of 2011
- FBI Joint Regional Intelligence Center Liaison Officer Training
- FBI/Naval Postgraduate School - Center for Asymmetric Warfare Cyber Attack & Security Exercise
- FBI/Orange County Sheriff's – Passive Interview & Deception Detection
- FBI Joint Regional Intelligence Center – Pre Incident Indicators

**Related Training:**

| | | |
|---|---|---|
| GSI/Encase: Computer Forensics 1 | 2009 | 32 hours |
| GSI/Encase: Computer Forensics 2 | 2009 | 32 hours |
| GSI/Encase: Advanced Computer Forensics | 2009 | 32 hours |
| GSI/Encase: Advanced Internet Examinations | 2009 | 32 hours |
| GSI/Encase: Network Intrusion Investigations | 2009 | 32 hours |
| GSI/Encase: EnScript Programming | 2009 | 32 hours |
| GSI/Encase: Field Intelligence Network Forensics | 2009 | 32 hours |
| GSI/Encase: EnCE Prep | 2009 | 24 hours |
| Information Systems Security Review Training | 2010 | 70 hours |
| Master's Degree Computer Forensics | 2010 | 18 weeks |
| Master's Degree Network Forensics | 2010 | 12 weeks |
| Master's Degree Advanced Topics in Digital Forensics | 2011 | 12 weeks |
| Master's Degree Forensic Science & the Courtroom | 2011 | 12 weeks |
| Master's Degree Issues in Criminal Law / Procedure / Justice | 2011 | 24 weeks |
| Master's Degree Computer Hacking Forensic Investigations | 2011 | 12 weeks |
| Master's Degree Ethical Hacking Techniques | 2011 | 12 weeks |
| Master's Degree Hacking Countermeasures and Techniques | 2011 | 12 weeks |
| Master's Degree IT Network Security | 2012 | 12 weeks |
| Master's Degree IT Vulnerability Assessment | 2012 | 12 weeks |
| Open Source Intelligence Training | 2012 | 8 hours |
| Cellebrite Logical and Physical Cell Phone Extraction | 2012 | 40 hours |
| Cellebrite Advanced Smart Phone Extraction | 2013 | 32 hours |
| Cellular Call Detail Record Analysis and Cell Tower Mapping | 2013 | 16 hours |
| Mobile Forensics World 2014 | 2014 | 36 hours |
| BlackLight Tool Training (Mac OSX/iOS) | 2014 | 16 hours |
| SANS FOR518: Mac Forensic Analysis | 2014 | 36 hours |
| Cellebrite Mobile Device Examiner (CCLO/CCPA) Course | 2014 | 40 hours |
| Vehicle Forensics & iVe Certification | 2014 | 24 hours |

**Continuing Education, Seminars, Workshops, Forum, & CLE type Training:**

**2012**

- Licensed Investigators Training and Enrichment Program / CALI
- Examining GPS Devices Using EnCase / Guidance Software Inc.
- Live Memory Forensics / High Technology Crime Investigation Association
- File Recovery using Hash Block Map Analysis / Guidance Software Inc.
- EnCase v7 Evidence Processor / Guidance Software Inc.

**2013**

- Trademark Infringement and Piracy/ Kris Buckner
- The Lessons of Science: What Lawyers and Judges need to know / Alan Gold
- Using the Web to Investigate Government Experts / Richard Demarest, JD
- Pre-Trial Hearings & Discovery to set the stage for Persuasive Use of Experts
- Evaluating and Challenging Forensic Identification Evidence / Professor Michael Saks

Protecting Your Assets in a Virtual Culture / FBI / University of Southern California
Security for Critical Infrastructure and Other Federated Systems / Dr. B. Clifford / USC
Understanding Assets and the Virtual Culture / Dr. Blaine Burnham / USC
Carpe Datum... Seize the Data: Computer Forensics Evidence / Rick Albee
Cross-Examining Expert Witnesses / Traci Owens
Investigating Crime Labs / Jennifer Friedman
Using Technology in the Courtroom / Cris Arguedas & Chris Ritter
Effective Use of Data Forensics / Aaron Hughes
NAS & the State of Scientific Evidence / Professor Edward Imwinkelried
Using Online Technology in Your Investigation / William Gallagher
Analyzing Audio & Video Evidence / James Griffin
Finding, Funding, and Using an Expert / Steve Benjamin
Case Study: State v Fausto: Bias & Uncertainty in the Quest for Justice / Ted Vosk
Investigating the Government's Forensic Investigation / Dr. Federic Whitehurst
Cellular Phone Evidence: Data Extraction & Documentation/ Det. Cindy Murphy
Collection and Analysis of RAM / Michael Webber / BitSec Global Forensics
Decoding Windows Prefetch / James Habben / Guidance Software Inc.
Corporate Investigations / Jimmy Doyle / VP, Corporate Investigations, Prudential
Email Investigations with EnCase v7 / Manfred Hatzesberger / Guidance Software Inc.
Big Brother Forensics / Chad Tilbury / SANS Computer Forensics & e-Discovery
The Attorney / Private Investigator Relationship / David Queen, Esq.
Cellular Forensics: People, Rumors, and the Actual Facts / Kevin Ripa
Computer Forensics: A Criminal Defense Perspective / Kevin Ripa

Crossing the State's Expert: Reasonable Doubt with a Well-Crafted Cross
Going Behind the Lab Report & into the Lab: What Labs Don't Want You to Know
Windows 8 Forensic Artifacts / Guidance Software Inc.
Forensic Audio & Video Enhancement / Doug Carner

**2014**

The Scientific Method: Defending Your Case with Superior Science / Andrea Roth
Comprehensive & Comprehensible Discovery for a Scientific Defense / Lauri Traub
Choosing Your Expert, Understanding the Government's / Christine Funk
Internet & Mobile Forensics with Internet Evidence Finder / Jad Saliba
Dealing With Persistent Smartphone Forensic Challenges / Ronen Engler / Cellebrite
Vehicle Infotainment Systems and the Data They Store / Ben LeMere
Preparing to Testify About Mobile Evidence in Court / Buddy Tidwell
Admissibility: Getting Defense Science to the Jury / Judge Roderick Kennedy
The Ethics of Dealing with Experts / Marty Pinales & Scott Bresler
Cognitive Bias / William C. Thomp;son
Preparing Your Jury for Science: Voir Dire and the New ABA Standards / Lisa Wayne
Protecting Proprietary Information / Raytheon Company
Export Controls: Military Products (ITAR) / Raytheon Company
Mac Essentials and the HFS+ File System / Sarah Edwards / SANS Institute
OSX User, System, and Local Domain File Analysis / Sarah Edwards / SANS Institute
OSX Advanced Analysis Topics / Hal Pomeranz / SANS Institute
iOS Forensics / Domenica Crognale / SANS Institute

**Recent Digital Forensics Expert Services Rendered**

**2012**

| | | |
|---|---|---|
| LA Superior Court / CCB | Crim Def - Assault | *Surveillance video transfer for use as evidence.* |
| Oceanside, CA | Civil / Domestic / Divorce | *Case involving the analysis of iMac and iPhone suspected of being hacked/spyware by other party.* |
| Los Angeles, CA | Civil / Domestic / Divorce | *Analysis of multiple desktop, laptop and phones for evidence of hacking and spyware as well as financial evidence* |
| LA Superior Court / CCB | Crim Def - Murder | *Analysis of prosecution's evidence and findings of multiple computers and phones* |
| LA Superior Court / CCB | Crim Def - Rape | *Analysis of cell phone device for exculpatory evidence* |
| LA Superior Court / Long Beach | Crim Def - Assault | *Social Media / Facebook evidence collection and preservation.* |
| LA Superior Court / CCB | Crim Def – Bank Fraud | *Analysis of cell phone device for exculpatory evidence* |
| San Diego, CA | Data Recovery | *Recovery and preservation of deleted surveillance evidence* |
| LA Superior Court / CCB | Crim Def – Assault | *Recovery and conversion of surveillance video* |
| LA Superior Court / Pasadena | Crim Def – Simple Assault | *Recovery and conversion of surveillance video* |
| LA Superior Court / CCB | Crim Def – Child Pornography | *Analysis of prosecution's evidence and findings* |
| LA Superior Court / CCB | Crim Def – Domestic Violence | *Analysis of cell phone device for exculpatory evidence* |
| LA Superior Court / CCB | Crim Def – Attempted Murder | *Analysis of cell phone device for exculpatory evidence* |
| LA Superior Court / Long Beach | Crim Def – Attempted Murder | *Analysis of multiple cell phone devices for exculpatory evidence* |
| LA Superior Court / Whittier | Crim Def – Criminal Threats | *Analysis of cell phone device for exculpatory evidence* |
| LA Superior Court / CCB | Crim Def - Domestic Violence | *Analysis of cell phone device for exculpatory evidence* |
| LA Superior Court / Sylmar Juv | Crim Def – Rape | *Analysis of cell phone device for exculpatory evidence* |
| LA Superior Court / Torrance | Crim Def – Rape / Sodomy / Pimp | *Analysis of cell phone device for exculpatory evidence* |
| LA Superior Court/Eastlake Juv | Crim Def – Juvenile Rape | *Analysis of cell phone device for exculpatory evidence* |

**2013**

| | | |
|---|---|---|
| Pasadena, CA | Data Recovery | *Data Recovery on laptop with failed hard drive* |
| Pasadena, CA | Civil / Domestic | *Analysis of Mac laptop for evidence of tampering and spyware by opposing party* |
| Santa Monica, CA | Civil / Contested Will | *Analysis of computer system to retrieve Last Will & Testament* |
| Los Angeles, CA | CA State Bar / Administrative | *Analysis of computer system and cell phone for specific communications and evidence of tampering* |
| Los Angeles, CA | Civil / Sexual Harassment | *Analysis of several phones to gather evidence in a sexual harassment of employee by boss* |
| Los Angeles, CA | Civil / Domestic | *Consensual analysis of computer system and cell phone for evidence of infidelity prior to engagement/wedding* |
| LA Superior Court/ CCB | Crim Def – Homicide | *Analysis of cell phone device for exculpatory evidence* |
| Van Nuys Superior Court/ CCB | Crim Def – ADW / Gang | *Retrieval of Facebook posts/data/websites authored by victim* |
| LA Superior Court/ Pomona | Crim Def – Child Pornography | *Analysis of iPhone device for exculpatory evidence* |
| LA Superior Court/ San Fernando | Double Murder with Special Circ | *Analysis of 5 phones and 1 computer* |
| LA Superior Court/ CCB | Crim Def – Residential Burglary | *Enhancement of digital surveillance video* |
| LA Superior Court/ CCB | Crim Def – ADW | *Analysis of cell phone device for exculpatory evidence* |
| LA Superior Court/ CCB | Crim Def – Grand Theft Auto | *Enhancement of police in-car video and audio conversation between defendant and police* |
| LA Superior Court/ CCB | Crim Def – Stalking | *Evidence collection and preservation from an iMac in preparation for possible divorce proceedings.* |
| LA Superior Court / Long Beach | Crim Def – Murder / Att Murder | *Social Media / Facebook evidence collection and preservation.* |
| LA Superior Court / CCB | Crim Def – Gross Vehicular Man | *Surveillance Video analysis of fatal intersection crash to determine who was at fault.* |
| LA Superior Court | Crim Def – Stalking | *Analysis of cell phone for deleted text msgs and image evidence that refutes opposing witness claims* |
| LA Superior Court / Alhambra | Crim Def – Robbery | *Extraction of txt messages and GPS data to show location of device during event time* |
| LA Superior Court / Alhambra | Crim Def – Sodomy Use Force/Inj | *Extraction of txt messages from several digital phones* |
| LA Superior Court / CCB | Crim Def – Robbery | *Extraction and analysis of surveillance video involved during the incident* |
| LA Superior Court / CCB | Crim Def – Murder | *Enhancement and Analysis of surveillance video* |
| LA Superior Court / CCB | Crim Def – Domestic Violence | *Examination of cell phone contents for incriminating evidence victim sent to defendant to refute victim's claims* |
| LA Superior Court / CCB | Crim Def – Criminal Threats | *Examination of police forensic reports, and perform defense's own examination of mobile device contents* |
| LA Superior Court / Pomona | Crim Def – Burglary w Gang | *Analysis of Police vehicle video for of discussions of gang memberships by D, to impeach officers gang admission allegations* |
| LA Superior Court / CCB | Crim Def – Robbery | *Extraction and analysis of surveillance video involved during the incident to confirm ore refute allegations of a fight with security.* |
| LA Superior Court / CCB | Crim Def – Robbery | *Analysis of reports and phone concerning the tracking of defendant using cellphone postings to facebook and twitter.* |
| LA Superior Court / CCB | Crim Def – Assault | *Enhancement and analysis of video to determine actions of defendant during alleged assault* |
| Augura Hills, CA | Civil / Domestic | *Collect and Preserve data sent by third party for use in future divorce proceedings.* |
| LA Superior Court / Compton | Crim Def – Burglary intent to rape | *Retrieval of over 7000 SMS, MMS, Call logs between complaining witness and defendant* |
| LA Superior Court / San Fernando | Crim Def – Human Trafficking | *Conversion of 42 hours of inmate phone calls between defendant and 3rd party to validate Governments claims* |
| Ohio | Civil / Domestic | *Analysis of spouses iPhone (with both parties permission) for signs of infidelity* |
| LA Superior Court / CCB | Crim Def – Commercial Burglary | *Extract Still photographs from video and enhance in support of a miss-identification defense* |
| LA Superior Court / Alhambra | Crim Def – Robbery | *Analysis of Call Detail Records, generation of map with location of phone over time* |
| LA Superior Court / CCB | Crim Def – 459/GBI x3 | *Extraction of exculpatory text messages from cell phone wherein co-defendant admits guilt* |

**2014**

| | | |
|---|---|---|
| Bakersfield, CA | Civil / Stalking | *Analyze 2 cell phones for evidence of hacking, malware, spyware* |
| Van Nuys Superior Court | Crim Def – Theft | *Determine ownership of phone and recover deleted data* |
| Los Angeles, CA | Civil / Stalking | *Preserve and Analyze cell phone for evidence of stalking and threats* |
| Tulare County Superior Court | Crim Def – Child Pornography | *Analysis of laptop computer containing child pornography, to determine how it got there* |
| Pasadena | Civil / Trust & Probate | *Analysis of police forensic reports and assistance on deposition interrogatories* |
| Pasadena | Civil / Breach of Contract | *Analysis of phone messages and logs for evidence of breach of contract* |
| LA Superior Court / San Fernando | Crim Def – Consp Attempt Murder | *Analysis of cell tower logs to determine approx. loc of a number of defendants during an attempted murder* |
| Long Beach | Civil / Hacking | *Analysis of up to 20 cell phones and 8 computers for evidence of hacking and communication intercepts* |
| Inglewood | Civil / Domestic | *Analysis of phone to retrieve threatening messages and intimidating activities* |
| Tehachapi | Civil / Domestic | *Analysis of up 3 family phones for inappropriate use* |
| LA Superior Court / CCB | Criminal / Burglary | *Analysis of call detail records and proprietary computer systems to determine how data used in burglaries was acquired* |
| Indio County / El Centro | Crim Def – Child Pornography | *Analysis of computer containing child pornography, to determine origins* |
| Riverside Superior Court / Indio | Crim Def – Child Pornography | *Analysis of computer containing child pornography, to determine origins* |
| Riverside | Civil / Hacking | *Analysis of android phone for evidence of hacking and communication intercepts* |

| | | |
|---|---|---|
| LA Superior Court / Pomona | Criminal / Child Molestation | *Examination, re-recording, playing, edity and presentation of CAC videos as evidence.* |
| LA Superior Court / Van Nuys | Criminal / Attempted Murder | *Examination of phone for the retrieval of critical exculpatory text messages.* |
| LA Superior Court | Criminal / Murder | *Examination of 2 phones held in police custody for exculpatory evidence.* |
| LA Superior Court / Pomona | Criminal / Arson | *Examination of GPS, Ping, and Call Detail Records data* |
| LA Superior Court / Van Nuys | Criminal / Attempted Murder | *Examination of Call Detail and Data Detail Records for several cellular devices, showing that the D was not at the crime scene* |
| LA Superior Court / Compton | Criminal / Attempted Murder | *Examination of Call Detail Records for 3 cellular devices and 2 carriers to show location of devices* |
| LA Superior Court / Compton | Criminal / Attempted Murder | *Examination of Call Detail Records and cell tower logs to show location of devices over time* |
| LA Superior Court / Compton | Criminal / Murder | *Examination of cell phone with locked PIN that Law Enforcement couldn't open* |
| LA Superior Court / Pomona | Criminal / Commercial Burglary | *Examination of car GPS navigation location data and the conversion and examination of several dozen surveillance video clips* |
| LA Superior Court / CCB | Criminal / Child Pornography | *Analysis of Dropbox access records for evidence that other users were utilizing defendants disks* |
| LA Superior Court / Compton | Criminal / Murder | *Analysis of 5 cell phones for exculpatory evidence* |
| LA Superior Court / CCB | Criminal / Murder | *Retrieval of potentially exculpatory text messages from clients cell phone* |
| LA Superior Court / CCB | Criminal / Drug Related Offenses | *Extraction of video surveillance from gas station security system* |
| LA Superior Court / Airport | Criminal / Child Pornography | *Assist attorney in child exploitation case* |
| LA Superior Court / Alhambra | Criminal / Residential Burglary | *Analysis of defendant's Call Detail Records to show that they clearly place the phone 29 miles away from the scene of the crime, at the time of the crime was occurring.* |
| Ventura County Superior Court | Criminal / Child Pornography | *Assist attorney in child exploitation case involving cell phone and computer* |
| LA Superior Court / CCB | Criminal / Assault | *Clean up of surveillance audio and video, removal of hiss and attempt to determine actions taken during fight* |
| LA Superior Court / CCB | Criminal / Child Molestation | *Retrieve text messages from defendants phone* |
| LA Superior Court | Crim / Inap Touch child Under 15 | *Trend Analysis of 8 months' worth of CDR's including 59,000 cell tower locations, and 8,700 individual call records between the two parties and others to determine location information relative to each other over time.* |
| Riverside County | Civil / Domestic | *Analysis of live and deleted messages contained within 8 email accounts on a MacBook* |
| LA Superior Court / Torrance | Criminal / Attempted Murder | *Review of Detail Records to assist in determining location of client, and to dispute the accuracy of the prosecutions assumptions* |
| LA Superior Court / Van Nuys | Criminal / Human Trafficking | *Forensic search of client cell phone for mitigating evidence* |
| Riverside Superior Court | Criminal | *Review of cell phone data to determine the location of the phone at a given time* |
| LA Superior Court | Crimminal / Assault – GTA | *Cell phone examination to retrieve photos that exonerate defendant due to misidentification in 6-pack lineup* |
| LA Superior Court | Criminal | *Examination of Call Detail Records and Cell Tower Location information* |
| LA Superior Court | Criminal / Attempted Murder | *Examination of Call Detail Records and Cell Tower Location information* |
| LA Superior Court | Criminal / Domestic Violence | *Examination of cell phone for possible exonerating text messages* |
| LA Superior Court | Criminal / Stalking | *Examination of cell phone for text messages from victim for possible extenuating circumstances* |
| LA Superior Court | Criminal / Domestic Violence | *Examination of cell phone for possible exonerating text messages* |

**Digital Forensics Witness Testimony & Depositions Given – Criminal Defense**

*Superior Court of the State of California / County of Los Angeles*

| | | | | |
|---|---|---|---|---|
| Testimony Case No. | BA391776 | People v. Peter Ivan McNeal | 3/1/2013 | Child Molestation |
| Testimony Case No. | BA370655 | People v. Lyle Herring | 4/4/2013 | Murder |
| Testimony Case No. | KA101394 | People v. Paul Newson | 9/11/2013 | Burglary w/ Gang Allegations (3rd Strike) |
| Testimony Case No. | BA410398 | People v. Gregory Johnson | 5/20/2014 | Murder |
| Testimony Case No. | YA085423 | People v. Desean Domengeaux | 7/23/2014 | Attempted Murder |

**Digital Forensics Awareness Training Given To**

2014

Los Angeles County Association of Court Panel Investigators
California Association of Licensed Investigators, Riverside County District

**Senior Programmer and/or Chief of Security for NASA Award Winning Websites** (https://www.webbyawards.com/)

http://solarsystem.nasa.gov/ Solar System Exploration 2013 Webby: Best Science Website

| | | |
|---|---|---|
| http://solarsystem.nasa.gov/ | Solar System Exploration | 2013 Webby: Best Government Website |
| http://planetquest.jpl.nasa.gov/ | Planet Quest: The Search for Another Earth | 2012 Webby: Best Science Website (Nominated) |
| http://solarsystem.nasa.gov/ | Solar System Exploration | 2011 Webby: Best Government Website (Nominated) |
| http://climate.nasa.gov/ | Global Climate Change | 2011 Webby: Best Science Website |
| http://climate.nasa.gov/ | Global Climate Change | 2010 Webby People's Choice: Best Science Website |
| http://saturn.jpl.nasa.gov/ | Saturn / Cassini Mission Website | 2009 Webby: Best Science Website |

**Senior Programmer and/or Chief of Security for**

| | | |
|---|---|---|
| Mars Science Laboratory Curiosity Rover | Kepler: A search for Habitable Planets | Tropospheric Emission Spectrometer |
| Night Sky Network (Astronomy Clubs) | Global Learning & Observation to Benefit Environ | John F. Kennedy Presidential Library and Museum |
| Orbiting Carbon Observatory | Surface Water and Ocean Topography | Radar Science & Engineering |
| COSEE Ocean Systems / Ocean Surface Topography | Regional Planetary Image Facility | Gravity Recovery & Climate Experiment |
| Centers for Ocean Sciences Education Excellence | Atmospheric Infrared Sounder | JPL Science & Technology |
| Icy Worlds: Habitability, Survivability | Winds: Measuring Ocean Winds from Space | Venus Flagship Mission Study |
| Advanced Multi-Mission Operations System | Government Made Easy | Center for Astronomy Education |
| Soil Moisture Active Passive | NASA Earth Observing System Data and Info System | Mars Exploration Program |
| Multi-angle Imaging Spectro-Radiometer | Icy Sheet System Model | Deep Space Network |
| Outer Planet Flagship Mission | | |

**Presented Papers:**

AFS & Kerberos Best Practices Workshop 2005: AFS Metrics: Bringing Data to Life, One Bit at a Time

**Adjunct Professor:**

ITT Technical Institute

Course: Computer Forensics and Cybercrimes School of Criminal Justice 2011 - 2012

**Awards:**

NASA Class 1 New Technology Disclosure Award for Year 2000 Software
Voyager 2 Project Neptune Encounter Mission Award
NASA Achievement Award:
- Voyager Flight Team, Uranus Encounter
- Voyager Flight Team, Neptune Encounter
- Ulysses Mission Design and Operations Engineering Team
- Multimission Operations System Office Support Team

Raytheon Outstanding Performance Contribution Award x 7,
Extraordinary Contribution Award x 5,
Security Technology Award x 2

SANs Lethal Forensicators Unit

GARRETT
ENGINEERS, INC.

*CURRICULUM VITAE*

# THOMAS J. LEPPER, CFEI
## TIRE, FIRE & AUTOMOTIVE CONSULTANT

## SUMMARY

Over thirty years experience as a consultant, inspector, and evaluator within the automotive industry. More than twenty years experience as a forensic automotive consultant for nationally known insurance companies and law firms. Certified Fire and Explosion Investigator (C.F.E.I.) and is also a registered locksmith in the State of California through the Bureau of Security and Investigative Service. Qualified to testify in the Superior Court for the State of California.

## AREAS OF EXPERTISE

Specialist in automotive, motorcycle, tractor trailer, recreational vehicle (RV), farming, and construction equipment component analysis and mechanical failures in the areas of:

- Tire Separations and Failures
- Fire Cause and Origin
- Theft and Forced Entry Issues
- Brake Systems and Failures
- Transmissions
- Automotive Paint Issues
- SDM interrogation with CDR Tool
- Fuel and fluid contamination issues
- Song-Beverly Act vehicle Inspections
- Steering and Suspension Systems
- Seat Belt and Air Bag Issues
- Mechanical Defects
- Throttle/Unwanted Acceleration Issues
- Wiring and Electrical Issues
- Impact Damage Issues
- Racetrack / Racecar Incidents
- Laboratory analysis
- Dealership Vehicle Inspections Issues

## PROFESSIONAL AFFILIATIONS AND LICENSES – CURRENT OR HAVE HELD

- National Association of Fire Investigators
- Certified Fire and Explosion Investigator Number 13841-9472
- Bureau of Security & Investigative Services, Registration Locksmith Number LOC 13420
- Southern Association of Technical Accident Investigators
- California Conference of Arson Investigators
- Sports Car Club of America National Competition License
- Sports Car Club of America Pro Competition License
- National Auto Sports Association Pro Racing License
- N.H.R.A Competition License
- Porsche Club of America Competition License
- SCCA – World Challenge Professional Racing License

- Grand – American Competition License

## EDUCATION

University of Albuquerque
**Automotive and Aviation Safety, Systems and Design**

Southern Illinois University
**Bachelor of Science, Education**

## ADDITIONAL ACCREDITED TRAINING

- **California Conference of Arson Investigators**
  20 hours training in Advanced Fire/Arson Investigation March 2010
- **CDR – Technicians Refresher Course – August 2009**
- **ARC – CSI Crash Conference – Las Vegas, NV June, 2004**
- **Institute of Police Technology and Management – University of North Florida**
  CDR Tool – User Certification Course – February 11-14, 2004
- **California Conference of Arson Investigators**
  20 hours training in Advanced Fire/Arson Investigation March 2008
- **Lee S. Cole Automotive Fire School**
- **National Police Training Institute**
  Tire Failure and Analysis
- **Southern Association of Technical Accident Investigations**
  Mechanics of Low Speed Impact (Actual Demonstrations)
  Accident Reconstruction
- **National Institute of Forensics Studies**
  Traffic Accident Scene Documentation and Damaged Vehicle Inspection Methodologies
- Completed over 800 hours towards California Private Investigator's License

## PROFESSIONAL HISTORY

1997 – Present GARRETT ENGINEERS, INC. - LONG BEACH, CA

1993 – Present **FORENSIC AUTOMOTIVE COMPONENT EXPERT**

Automotive consultation for nationwide insurance companies, nationally known rental car companies, and law firms.

- Investigation of automotive failures and defects within the engine (gasoline and diesel), transmission, brake systems, suspension systems, steering systems, wiring issues, fuel contamination issues, vehicle fluid analysis, air bag and seat belt issues, fire cause and origin, theft issues and tire failures including tread separations and other manufacturing defects.

- Investigation of motorcycle failures and defects within the engine, transmission, brake systems, fuel contamination issues and fluid analysis, suspension systems, fire cause and origin, wiring issues, and tire failures including tread separations and other manufacturing defects.

- Investigation of tractor/trailer (big rigs), recreation vehicles (RV), farming and construction equipment failures and defects with the engine (gasoline and diesel) transmission, brake systems, fuel contamination issues and fluid analysis, suspension systems, fire cause and origin, wiring issues, and tire failures including tread separations and other manufacturing defects.
- Qualified witness in Superior Court, State of California.
- Conducted and participated in over 5,000 investigations.
- Report and correspondence generation.
- Documentation review and analysis.
- Extensive photograph and video experience.

1987 – Present **VEHICLE/TIRE SPECIALIST**

- Independent tire testing and design consultant for Toyo Tires, Goodyear Tires, Tokico Shocks, B.F. Goodrich Tires, Hancook Tires, and General Motors – Chevrolet Division.

1986 – 1988 **OWNER, TOAD HOLLOW AUTO REPAIR**

- Full service car auto repair facility located in Martinez, California.
- Race car design and preparation.

1978 – 1982 **INDEPENDENT CONTRACTOR**

- Race car driver, race car technical inspections, technical race car performance, repair and development work.

1975 – 1985 **AIR TRAFFIC CONTROLLER**

- 1983 – 1985 **UNITED STATES AIR FORCE,** Instructor
- 1980 – 1981 **FEDERAL AVIATION ADMINISTRATION**
  Air Traffic Control, Oakland Center/Ocean.
- 1975 – 1978 **UNITED STATES AIR FORCE**
  Fully licensed and certified tower and RADAR control; officer/foreign instructor.