Patrick M. Howe
pat@patrickhowelaw.com
State Bar No. 154669
600 W. Broadway, Suite 700
San Diego, CA 92101
(619) 202-1210 Phone
(619) 452-2507 Fax

Attorney for defendant United Financial Casualty Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ali Almazni, an individual; and Monica Howard, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>United Financial Casualty Company, an Ohio Corporation;<br><br>Defendant. | Case No. 5:14-CV-00975-CAS (ASx)<br><br>**STATUS REPORT REGARDING PENDING STATE COURT CRIMINAL PROCEEDING AGAINST PLAINTIFFS** |

1   Pursuant to the court's June 1, 2015 order in this case (Dkt. 48), defendant United Financial Casualty Company provides the following status of the Riverside Superior Court criminal proceeding against the plaintiffs in this case:

According to the court docket as of August 18, 2015, the criminal proceeding is set for trial readiness conference on September 4, 2015, at 8:30 AM.

Date: August 18, 2015

Respectfully submitted,

By:   */s/Patrick M. Howe*
      PATRICK M. HOWE

Attorney for defendant United Financial Casualty Company

E-mail: pat@patrickhowelaw.com